AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>James River PHILLIPS<br>*Defendant* | )<br>)  Case No. 1:25-mj-338<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* James River PHILLIPS,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possession of an Unregistered Firearm (Destructive Device) - 26 U.S.C. 5841, 5861, and 5871

Date: **Apr 16, 2025**

Karen L. Litkovitz
United States Magistrate Judge

City and state: Cincinnati, Ohio

---

**Return**

This warrant was received on *(date)* Apr 16, 2025, and the person was arrested on *(date)* Apr 17, 2025
at *(city and state)* Cincinnati, Ohio.

Date: Apr 17, 2025

*Arresting officer's signature*

FBI Special Agent Tyler Johnson
*Printed name and title*